# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00337-REB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. AARON SIERRA,

   Defendant.

## ORDER

Pursuant to and in accordance with the supervised release violation hearing held before the Honorable Robert E. Blackburn, United States District Judge, on September 4, 2014,

**IT IS ORDERED** that Defendant Aaron Sierra is sentenced to **time served**.

Dated: September 4, 2014

                                BY THE COURT:


                                s/ Robert E. Blackburn
                                ROBERT E. BLACKBURN,
                                UNITED STATES DISTRICT JUDGE